UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANALIA MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>MCKINLEYVILLE SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 25-cv-07982-RMI<br><br>**MANDATORY SCREENING ORDER PURSUANT TO 28 USC 1915** |

Plaintiff Martinez, proceeding *pro se*, brings this action seeking declaratory, injunctive and monetary relief against at least 18 named Defendants: McKinleyville School District, Julie Giannini-Previde, Jeff Brock, Gretchn Whitmer, Vincent Weldon, Yasmin Reyes, Tiffany Maher, Jasmine Palacio, Elizabeth Rivera, Alvin Sager, Keri Lockard, Tomas Chavez, Travis Fleming, Devin Furrow, Tracy Helard, Laura Holdt, Nicole Alvarado, Nicholas Som, and DOES 1-50, inclusive. *See* Compl. (Dkt. 1) at 1-4. The court previously granted Plaintiff's application to proceed *in forma pauperis* ("IFP") in accordance with 28 U.S.C. § 1915, (dkt. 4) and now considers whether Plaintiff's Complaint must be amended or dismissed pursuant to the requirements of § 1915(e)(2)(B).

A complaint may fail to state a claim if it violates the pleading requirements of the Federal Rules of Civil Procedure. *See Cafasso, U.S. ex rel. v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1058 (9th Cir. 2011). Rule 8 of the Federal Rules requires "a short and plain statement of the claim" and that "each allegation" in the complaint "be simple, concise, and direct." Fed. R. Civ. P. Rule 8(a)(2), 8(d)(1). When a plaintiff sues multiple defendants, the complaint "must allege the basis of his claim against each defendant to satisfy Federal Rule of Civil Procedure 8(a)(2), which

1   requires a short and plain statement of the claim to put defendants on sufficient notice of the
2   allegations against them." *Gauvin v. Trombatore*, 682 F.Supp. 1067, 1071 (N.D. Cal. 1988); *see*
3   *also Dougherty v. Bank of Am., N.A.*, 177 F. Supp. 3d 1230, 1253 (E.D. Cal. 2016) (same).

4   Here, while Plaintiff's Complaint alleges six causes of action against at least 18 discrete
5   Defendants, she does not specify "which allegations are relevant to which defendants." *McHenry*
6   *v. Renne,* 84 F.3d 1172, 1176, 1179 (9th Cir. 1996). For example, aside from noting that Yasmin
7   Reyes was employed "during the 2023-2024 school year as a second-grade teacher and is sued in
8   both individual and official capacities", Plaintiff alleges no further facts about this teacher. Compl.
9   (Dkt. 1) at 1-3. Similarly, while Tiffany Maher, Vincent Weldon, Deven Furrow, Nicholas Som
10  are named defendants, there are no allegations made against them. *Id.* at 1-4.

11  In addition, Plaintiff's Complaint contains multiple seemingly bizarre and unrelated
12  assertions that are not linked to specific defendants. *See, e.g. id.* at 5 (alleging that Plaintiff was
13  arrested for "'taking pictures of naked kids'" on a school campus and that a 7.0 earthquake
14  occurred in December 2024). These assertions concern the court that Plaintiff's claims may also
15  be frivolous or simply fail to state a claim upon which relief may be granted. In any event, as
16  pleaded, Plaintiff's Complaint does "not afford defendants a fair opportunity" to defend
17  themselves and does not satisfy the Rule 8 pleading requirements. *See McHenry*, 84 F.3d at 1175.

18  Accordingly, dismissal is appropriate. However, because this is Plaintiff's first attempt, the
19  court will give Plaintiff an opportunity to file an amended complaint. Plaintiff is reminded that any
20  amended complaint should state a "short and plain" claim for relief, and that her allegations should
21  be "simple, direct, and concise." *See* Fed. R. Civ. P. Rule 8(a), 8(d)(1). Plaintiff is also reminded
22  that the amended complaint must provide defendants notice of what legal claims are asserted
23  against which defendants. *McHenry,* 84 F.3d 1172 at 1175-76.

### CONCLUSION

25  For the foregoing reasons, Plaintiff is ORDERED to file an amended complaint in
26  accordance with this order. Plaintiff shall have 30 days from the date of this order to file an
27  amended complaint. Should Plaintiff fail to timely file an amended complaint the undersigned will
28  issue a Report and Recommendation that the action be dismissed.

**IT IS SO ORDERED.**

Dated: October 14, 2025

ROBERT M. ILLMAN
United States Magistrate Judge