UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANALIA MARTINEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>MCKINLEYVILLE SCHOOL DISTRICT, et al.,<br><br>         Defendants. | Case No. 25-cv-07982-RMI<br><br>**ORDER RE MOTION TO PRODUCE SHERIFF INFORMATION**<br><br>Re: Dkt. No. 9 |

On October 14, 2025, while service of process was stayed (dkt. 4), this court issued a mandatory screening order pursuant to 28 U.S.C. 1915, informing Plaintiff of deficiencies in the complaint and giving Plaintiff an opportunity to file an amended complaint. (Dkt. 8 at 2.) On October 22, 2025, prior to filing an amended complaint, Plaintiff filed a subpoena seeking information from the Humboldt County Sheriff's Department related to an alleged October 2024 arrest. (Dkt. 9.)

Plaintiff may not seek discovery at this stage. Plaintiff is hereby instructed not to file any discovery requests at this time.

Accordingly, the Motion to Produce is DENIED.

**IT IS SO ORDERED.**

Dated: October 24, 2025

ROBERT M. ILLMAN
United States Magistrate Judge